**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-cv-21643-LMR

SALVADOR MEJIAS MONSALVE, *et al.*,

Plaintiffs,

v.

PAMELA JO BONDI,
*Attorney General of the United States*, *et al.*,

Defendants.
_______________________________________/

**ORDER DISMISSING CASE**

**THIS CAUSE** came before the Court *sua sponte*. Upon review of the docket, the Court notes that Plaintiffs have not filed proof of service on Defendants. Here, Plaintiffs failed to complete the summons on the court form and had it signed by the Clerk of Court and sealed, in accordance with Federal Rule of Civil Procedure 4(a). The Court ordered Plaintiffs to show cause on or before August 7, 2026, why this action should not be dismissed for Plaintiffs' failure to provide the Clerk of Court with the completed service form and summonses for the named Defendants. [ECF No. 9]. Plaintiffs failed to respond to this Court's show cause order or otherwise comply; therefore, their case is due to be dismissed.

"A district court may *sua sponte* dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) if the plaintiff fails to comply with court rules or a court order." *Jacobs v. Atlanta Police Dep't*, 685 F. App'x 827, 830–31 (11th Cir. 2017) (citing Fed. R. Civ. P 41(b)).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) This case is **DISMISSED**.

(2) The Clerk shall **CLOSE** the case.

**SIGNED** this 5th day of October 2026.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: Plaintiffs